UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**STEVEN IVEY,**

**Plaintiff,**

**v.** **Case No. 6:26-cv-564-CEM-DCI**

**WAYNE IVEY, CITY OF COCOA, BREVARD COUNTY, FDLE, MARK GLASS, and BREVARD COUNTY SHERIFF DEPARTMENT,**

**Defendants.**

___________________________________/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Motion to Proceed *in Forma Pauperis* (Doc. 2) and Plaintiff's Motion for Reconsideration of Order Dated May 28, 2026 For Denial to Amend Complaint (Doc. 28). The United States Magistrate Judge issued a Report and Recommendation ("R&R," Doc. 29), recommending that both Motions be denied and the Amended Complaint (Doc. 27) be dismissed with leave to amend. After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed,[1] the Magistrate Judge's recommended disposition is accepted.

[1] Plaintiff's Motion for Extension of Time to Reply to Report and Recommendation (Doc. 31) will be denied. If Plaintiff would like to avoid delays related to receiving filings through the mail, Plaintiff may receive filings electronically if he completes and submits the form found on the Court's website (https://www.flmd.uscourts.gov/litigants-without-lawyers) and consents to electronic service.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 29) is **ADOPTED** and made a part of this Order.
2. Plaintiff's Motion to Proceed *in Forma Pauperis* (Doc. 2) is **DENIED without prejudice**.
3. Plaintiff's Motion for Reconsideration (Doc. 28) is **DENIED**.
4. Plaintiff's Motion for Extension of Time to Reply to Report and Recommendation (Doc. 31) is **DENIED**.
5. The Amended Complaint (Doc. 27) is **DISMISSED without prejudice**.
6. **On or before September 9, 2026**, Plaintiff may file a second amended complaint and a renewed motion to proceed *in forma pauperis* that corrects the deficiencies set forth in the Report and Recommendation. Failure to do so will result in the closure of this case without further notice.

**DONE** and **ORDERED** in Orlando, Florida on August 19, 2026.

CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party